# United States Court of Appeals

## For the First Circuit

No. 04-1044

DELVIN WHITE,

Petitioner, Appellant,

v.

JANE COPLAN, WARDEN,
NEW HAMPSHIRE STATE PRISON,

Respondent, Appellee.

ERRATA

The opinion of this court issued February 18, 2005, is amended as follows:

On page 16, line 15, delete the phrase ", as in Redmond,".